[No. 71102-4-I.  Division One.  February 9, 2015.]

BRIAN McKINLEY, *Respondent*, v. CHING-CHIH MA ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 13-2-04115-4, Catherine D. Shaffer, J., entered
October 4, 2013. *Affirmed in part, reversed in part*, and
*remanded with instructions* by unpublished opinion per
Lau, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 71123-7-I.  Division One.  February 9, 2015.]

JOHN DOE ET AL., *Appellants*, v. PHILLIP J. ZYLSTRA ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 11-2-08161-1, David A. Kurtz, J., en-
tered September 19, 2013. *Affirmed* by unpublished opinion
per Verellen, J., concurred in by Spearman, C.J., and
Trickey, J.

[No. 71516-0-I.  Division One.  February 9, 2015.]

JONATHAN WRIGHT, *Appellant*, v. MEDICAL QUALITY ASSURANCE
COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 13-2-21242-1, Suzanne Parisien, J., entered
January 10, 2014. *Affirmed* by unpublished opinion per
Spearman, C.J., concurred in by Appelwick and Leach, JJ.

[No. 42430-4-II.  Division Two.  February 10, 2015.]

*In the Matter of the Personal Restraint of* JEROME CLINTON
PENDER, *Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Maxa, J., concurred in by Bjorgen,
A.C.J., and Lee, J.